**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMARR KELLAM,                                    :
                                                  :
                    Plaintiff,        :        CIVIL ACTION
                                                  :
          v.                          :        No. 10-cv-1644
                                                  :
INDEPENDENCE CHARTER SCHOOL,          :
                                                  :
                    Defendant.        :

<u>ORDER</u>

AND NOW, this    17th    day of August, 2010, upon consideration of Defendant's Motion to Dismiss (Doc. No. 8) and response thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is DENIED.

BY THE COURT:


                              s/J. Curtis Joyner
                         J. Curtis Joyner, J.