IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMARR KELLAM, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:10-cv-01644-JCJ |
| v. | : | |
| | : | |
| INDEPENDENCE CHARTER SCHOOL, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION FOR SUMMARY JUDGMENT OF**
**DEFENDANT INDEPENDENCE CHARTER SCHOOL**

Defendant, Independence Charter School, by and through its undersigned counsel, Segal McCambridge Singer & Mahoney, Ltd., respectfully moves for Summary Judgment on all issues and causes of action for the reasons set forth in the attached Brief.

Respectfully submitted,

**Segal McCambridge Singer & Mahoney, Ltd.**

Dated: March 23, 2011    By:    */s Brian W. Franklin*
Walter H. Swayze, III, Esquire
PA 59101
Brian W. Franklin, Esquire
PA 202523
1818 Market Street, Suite 2600
Philadelphia, PA  19103
Phone:          (215) 972-8015
Telefacsimile:  (215) 972-8016
Attorneys for Defendant,
Independence Charter School

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMARR KELLAM, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:10-cv-01644-JCJ |
| v. | : | |
| | : | |
| INDEPENDENCE CHARTER SCHOOL, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), the undersigned certifies that a true and correct copy of the Motion for Summary Judgment of Defendant Independence Charter School, Brief in Support thereof, and Separate Statement of Undisputed Material Facts, was electronically filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the below listed individual(s).  The document so filed is available for viewing and downloading on the ECF System.

May Mon Post, Esquire
The Post Law Firm
1735 Market Street, Suite A-194
Philadelphia, PA  19103-7502
**Attorney for Plaintiff**

**Segal McCambridge Singer & Mahoney, Ltd.**

By:   /s **Brian W. Franklin**
Brian W. Franklin, Esquire

Date:   March 23, 2011

1907907-1                                                              2